*Law Offices of*

# Rohn and Cameron, LLC

**Lee J. Rohn**
*(Lic. Texas and U.S.V.I.)*
lee@rohnlaw.com

**K. Glenda Cameron**
*(Lic. New York and U.S.V.I.)*
glenda@rohnlaw.com

**Mary Faith Carpenter**
*(Lic. New Jersey and U.S.V.I.)*
maryfaith@rohnlaw.com

1101 King Street, Christiansted, St. Croix VI  00820-4933
340.778.8855 · *Fax* 340.773.2954

1217 Bjerge Gade, K.Q., Charlotte Amalie, St. Thomas VI  00802
340.774.8558 · *Fax* 888.717.4092

*TOLL FREE*
866.778.0044 · *Fax* 866.778.0055

**Anna Washburn**
*(Lic. Louisiana and U.S.V.I.)*
anna@rohnlaw.com

**Trudy Fenster**
*(Lic. New York, New Jersey, & U.S.V.I.)*
trudy@rohnlaw.com

*St. Thomas Office*

**Ryan W. Greene**
*(Lic. Texas and U.S.V.I.)*
ryan@rohnlaw.com

July 22, 2008

**VIA FACSIMILE AND HAND DELIVERY**
C. Beth Moss, Esq.
BRYANT, BARNES, MOSS, BECKSTEDT & BLAIR, LLP
1134 King St. 2nd Floor
St. Croix, VI  00820

RE:    Baptiste,Jessica v Hovensa

Dear Attorney Moss:

This will constitute Plaintiff Jessica Baptiste's settlement demand and offer to compromise pursuant to Rule 408 of the Federal Rules of Evidence.

## FACTS

On August 7, 2000, Ms. Baptiste was working for Jacobs IMC at the Hovensa Refinery and was a passenger on a bus owned by Hovensa used to transport workers to and from their job site in the refinery.  While Ms. Baptiste was descending the steps on the bus, she slipped on the step and fell, causing severe injury to her back and legs.  The step had rotted and Defendants replaced the step with a piece of plywood, which when wet, became slippery, thus, causing the fall.



EXHIBIT
1

ACLA ACADEMY OF CATASTROPHIC INJURY ATTORNEYS

Demand Letter to Beth Mo:
<u>Baptiste v. Hovensa</u>
July 22, 2008
Page 2.



Case: 1:13-cv-00104-WAL-EAH    Document #: 51-1    Filed: 02/01/16    Page 2 of 5

Demand Letter to Beth Mo.
Baptiste v. Hovensa
July 22, 2008
Page 3.



**DAMAGES**

Demand Letter to Beth Mo_
Baptiste v. Hovensa
July 22, 2008
Page 4.

## LIABILITY



Demand Letter to Beth Mos
Baptiste v. Hovensa
July 22, 2008
Page 5.

## DEMAND

Cordially,

Lee J. Rohn, Esq.

LJR/cf

cc:    Douglas Brady, Esq.