DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **JESSICA BAPTISTE,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**LEE J. ROHN, INDIVIDUALLY AND** )<br>**D/B/A LAW OFFICES OF LEE J. ROHN,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 2013-0104 |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
 *For Plaintiff*

**Gordon C. Rhea, Esq.,**
St. Thomas, U.S.V.I.
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
 *For Defendant*

## ORDER

 **UPON CONSIDERATION** of Defendant's "Motion *in Limine* to Exclude Any Evidence, Testimony from Undisclosed Witnesses," and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

 **ORDERED** that Defendant's Motion *in Limine* is **DENIED AS MOOT** with respect to James Payne, John Son Son Baptiste, Franklin, Biggs, and Rashida George; and it is further

 **ORDERED** that Defendant's Motion *in Limine* is **GRANTED** with respect to Janis Parker Browne and Annette Parker.

 **SO ORDERED**.

Date: March 15, 2016                _____/s/_____
                            WILMA A. LEWIS
                            Chief Judge