DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| JESSICA BAPTISTE,                     )<br>                                                      )<br>            Plaintiff,                          )<br>    v.                                              )<br>                                                      )<br>LEE J. ROHN, INDIVIDUALLY AND  )<br>D/B/A LAW OFFICES OF LEE J. ROHN, )<br>                                                      )<br>            Defendant.                       )<br>_____ ) | Civil Action No. 2013-0104 |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Gordon C. Rhea, Esq.,**
St. Thomas, U.S.V.I.
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

## ORDER

**UPON CONSIDERATION** of the following three issues presented in this matter: (1) the adoption of the "case-within-a-case" doctrine as the standard for civil legal malpractice cases in the Virgin Islands; (2) the applicable burden of proof in a civil legal malpractice case brought in the Virgin Islands; and (3) the appropriate award of damages in a Virgin Islands civil legal malpractice action; and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Court will apply the "case-within-a-case" doctrine to this civil legal malpractice action; and it is further

**ORDERED** that the Court will not depart from the usual burden of proof allocation in a civil legal malpractice action, and will therefore require Plaintiff to prove each of the four elements of a civil legal malpractice claim; and it is further

**ORDERED** that the Court will not reduce any award of damages in this case by a contingency fee or any other costs associated with the underlying case.

**SO ORDERED**.

Date:   March 29, 2016

_____/s/_____
WILMA A. LEWIS
Chief Judge