DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **JESSICA BAPTISTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 2013-0104 |
| **LEE J. ROHN, INDIVIDUALLY AND** ) | |
| **D/B/A LAW OFFICES OF LEE J. ROHN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Gordon C. Rhea, Esq.,**
St. Thomas, U.S.V.I.
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion *in Limine* to Exclude any Evidence of Loss of Wages, Loss of Earning Capacity, Past or Future Medical Expenses or Permanency of Injuries" (Dkt. No. 53), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion *in Limine* to Exclude any Evidence of Loss of Wages is **DENIED**; and it is further

**ORDERED** that Plaintiff will be permitted to introduce otherwise admissible evidence at trial pertaining to her lost wages; and it is further

**ORDERED** that Defendant's Motion *in Limine* to Exclude any Evidence of Loss of Earning Capacity, Past or Future Medical Expenses or Permanency of Injuries is **DENIED AS**

**MOOT**; and it is further

**ORDERED** that, pursuant to Plaintiff's representation in her Opposition, Plaintiff will not introduce at trial any evidence of damages relating to her (1) future medical expenses, (2) loss of earning capacity, and (3) permanency of injuries; and it is further

**ORDERED** that, pursuant to Plaintiff's representations at trial, Plaintiff will not introduce any evidence of past medical expenses.

**SO ORDERED**.

Date:   March 29, 2016

_____/s/_____
WILMA A. LEWIS
Chief Judge