# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **JESSICA BAPTISTE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 2013-0104 |
| **LEE J. ROHN, INDIVIDUALLY AND** | ) |
| **D/B/A LAW OFFICES OF LEE J. ROHN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
**Emily Shoup, Esq.,**
St. Croix, U.S.V.I.
   *For Plaintiff*

**Gordon C. Rhea, Esq.,**
St. Thomas, U.S.V.I.
**Lee J. Rohn, Esq.,**
St. Croix, U.S.V.I.
   *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion *in Limine* to Exclude Any Evidence, Reference or Argument Regarding Settlement Letter" (Dkt. No. 51), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion *in Limine* is **GRANTED**.

**SO ORDERED**.

Date:  March 29, 2016                                              _____/s/_____
                                                                                    WILMA A. LEWIS
                                                                                    Chief Judge